ERIC GRANT
United States Attorney
RACHEL R. DAVIDSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail: Rachel.Davidson@usdoj.gov
Telephone: (916) 554-2700

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE LOOK, et al.,<br><br>               Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>               Defendant. | Case No. 2:25-CV-01741-CSK<br><br>**[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Pursuant to the parties' stipulation, and good cause appearing, the Court hereby orders that Defendant, the United States of America's response to Plaintiffs' Complaint, shall be filed no later than December 22, 2025.

     IT IS SO ORDERED.

Dated:  November 5, 2025

                                          _____
                                          HONORABLE CHI SOO KIM
                                          United States Magistrate Judge

4, look1741.25