ERIC GRANT
United States Attorney
RACHEL R. DAVIDSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail: Rachel.Davidson@usdoj.gov
Telephone: (916) 554-2700

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE LOOK, et al. | Case No. 2:25-CV-01741-CSK |
| Plaintiffs, | [PROPOSED] ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Pursuant to the parties' stipulation, and good cause appearing, the Court hereby orders that Defendant, the United States of America's response to Plaintiffs' Complaint shall be filed no later than January 30, 2026.

IT IS SO ORDERED.

Dated:  December 16, 2025

_____
HONORABLE CHI SOO KIM
United States Magistrate Judge

4, look1741.25

[PROPOSED] ORDER RE STIPULATION TO EXTEND ANSWER        1