# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE LOOK, Individually and as Surviving Spouse of Decedent, Jeremy Look; L.L (*Minor*); A.L. (*Minor*); and LILY MORGAN, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-01741-CSK<br><br>**MODIFIED ORDER - GUARDIAN AD LITEM**<br>**(F.R.C.P. 17 (c) (2))**<br><br><br>Hon.: Judge Chi Soo Kim |

The Court having considered the unopposed Petition of Catherine Look, mother of the Minors A.L. and L.L., requesting for the appointment of Connie Rieken as their Guardian Ad Litem (ECF #9) and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Connie Rieken is, hereby appointed as Guardian Ad Litem for Minor Plaintiffs, A.L. and L.L, in the above-entitled action, and she is authorized to act and pursue the cause of action mentioned herein.

Dated: January 05, 2026              _____
                                                          Hon. Judge Chi Soo Kim
                                                          *United States Magistrate Judge*

4, look1741.25

1

Order – Guardian Ad Litem